# EXHIBIT  A

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES MORGAN, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | 1:14-cv-03784-CAP-LTW |
| vs. | ) | |
| | ) | |
| ADVANCED SURFACES | ) | |
| CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF TRACY WOOD

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, TRACY WOOD, upon being duly sworn deposes and says:

1.

My name is Tracy Wood.  I am above the age of 21 years, suffer no legal disability, and give this affidavit of my own personal knowledge.

2.

I am employed by Advanced Surfaces Corporation, Inc. ("ASC")  My duties for ASC include maintaining the personnel files of its employees.

3.

Attached hereto as Exhibit A is a true and correct copy of the Assigned Employee Notice & Acknowledgments signed by former employee James Morgan on September 12, 2012.

FURTHER AFFIANT SAYETH NOT.

_____
TRACY WOOD

Sworn to and subscribed before me
this  _15ᵗʰ_  day of _December_, 2014.

_____
Notary Public

My Commission Expires:  9/20/15

# EXHIBIT

## SECTION 3 -- ASSIGNED EMPLOYEE NOTICE & ACKNOWLEDGMENTS

The organization for which you perform services (Company) has contracted for SOI to provide services under which you will be paid through SOI for work you perform for and under the direction of Company, and you may also be able to participate in certain benefits offered through SOI. No modification to this page as originally written will be effective. Please sign below:

Illegal discrimination and harassment in employment based on age, race, sex (including sexual harassment), national origin, ethnicity, disability, disabled veteran status, religious or comparable moral belief, union affiliation, or any other legally protected status is prohibited. If I have a disability that impairs my ability to perform the essential functions of my job I may request reasonable accommodations from Company. I cannot be retaliated against for invoking my rights under the law or opposing illegal discrimination and harassment, underpayment of wages, legally-mandated leave and related rights, or any other matter protected by anti-retaliation or "whistle blower" laws.

I will immediately report any illegal discrimination, harassment, retaliation, failure to grant legally-mandated leave (such as FMLA or military leave) and rights in connection with such leave, or error in payment of wages or benefits by or against anyone in my workplace to my supervisor. If I do not receive satisfactory resolution, I will continue to report it up the chain of authority until it is resolved. I may skip a level and report to the next highest level if I am unable or uncomfortable addressing such matters with any person. Company may have additional procedures and if so I will follow them too. I also will report such matters to SOI's Human Resources department. SOI cannot determine Company's response, but may facilitate communication between me and Company. I understand that there is never a valid reason not to report such matters. If I do not promptly report a disagreement with the amount of pay I received, Company and SOI may assume that I received the correct amount of pay. I must cooperate in any investigations of complaints.

If arbitration agreements are forbidden by law with respect to my employment (for example, if I am employed on a federal contract) the agreement to arbitrate below will not apply, and if I am represented by a union and my collective bargaining agreement (CBA) is inconsistent with my agreement to arbitrate in a given case then the agreement to arbitrate will not apply. The waiver of trial by jury below will continue to apply in all cases. I and SOI agree that any legal dispute involving SOI, Company, or any benefit plan, insurer, employee, officer, or director of SOI or Company (all of which are beneficiaries of this agreement to arbitrate and waiver of jury trial) arising from or relating to my employment, wages, leave, employee benefits, application for employment, or termination from employment will be resolved exclusively through binding arbitration before a neutral arbitrator in the capital or largest city of the state in which I work or another mutually agreed location (SOI may appear by phone), and that I will participate only in my individual capacity, not as a member or representative of a class or part of a class action or in a consolidated case, provided this will not impair my right to engage in collective action under Section 7 of the National Labor Relations Act. Arbitration will use the rules of a neutral, mutually agreeable arbitration service, may grant the same remedies that would be available in a court of law (and no more) including applying statutes of limitations to any claims, and use the same rules of evidence as a federal court. Unless prohibited by law costs of arbitration will be shared equally by the parties. If applicable law requires provisions in an arbitration agreement which are not included here or are different from what is included here, they will be deemed incorporated to the minimum extent necessary to validate this arbitration agreement. Disputes will be resolved solely upon applicable law, evidence adduced at trial, and defenses raised, granting relief on no other basis, and the arbitrator may grant summary disposition or disposition on the pleadings. The arbitrator will render a reasoned written decision. No failure to strictly enforce this agreement to arbitrate will constitute a waiver or create any future waivers and no-one other than counsel for SOI (in writing) may waive this agreement for SOI. If for any reason a matter is not resolved through arbitration I **AND SOI MUTUALLY WAIVE ANY RIGHT TO A JURY TRIAL.** I am not prohibited from complaining to government agencies or cooperating with their investigations. My agreements to arbitrate and waive jury trials are contracts under the Federal Arbitration Act and any other laws validating such agreements and waivers. If any part is unenforceable, the rest will still be enforceable.

I have received or been given access to the SOI Assigned Employee Handbook. Neither this Acknowledgment nor the Handbook is a contract of employment; my relationship with SOI is at will. SOI can alter, discontinue, and interpret the Handbook at any time without notice or consideration. Nothing herein alters any CBA between Company and any union or limits any rights I may be entitled to from Company under a CBA, such as seniority if applicable. Company, not SOI, is responsible for all matters related to the CBA and the collective bargaining relationship.

If I am a California employee I have received a "Notice to Employees-Injuries Caused by Work (DWC-7)," "Employee Medical Provider Network (MPN) Notice," and "Paid Family Leave Brochure." I am hereby advised that any unresolved complaints regarding SOI in Texas may be addressed to the Texas Department of Licensing & Regulation, (512) 463-6599, P.O. Box 12157, Austin, TX 78711.

If I am injured on the job, even if the injury is minor or I don't want treatment, I must immediately report it to my supervisor and take a post-accident drug/alcohol test at a facility approved by SOI unless prohibited by applicable law or inconsistent with a CBA that covers me. I will be working at a drug free workplace and may be subject to additional testing such as random or reasonable suspicion testing. Refusal to take a required test can result in termination subject to applicable law and CBAs. Being under the influence or in possession of alcohol or illegal controlled substances, being in an unsafe condition, or violating safety standards on the job is prohibited and may result in termination of employment.

SOI is not responsible for any obligation Company has to me such as promises or contracts regarding length or terms of my employment, my pay or other consideration, or benefits. If Company has not provided funds or complied with its agreement with SOI, in no event will SOI be required to pay me more than the minimum wage required by law while the agreement with Company was in effect. Any obligations of SOI cease when its agreement with Company terminates. If I am eligible for any benefits it is my responsibility (and the responsibility of any family members/dependents who wish to participate) to timely submit all required forms and information.

I may request a copy of these Acknowledgments for my records, and I have read them (or had them read to me) and agree:

| _James Mg_ (signature) | James Morgan | 9/12/12 |
|---|---|---|
| Signature | Printed Name | Date |

022212